## TIMBER CREEK SEWER COMPANY, Appellant,

v.

## Norman Bradley BABCOCK, Trustee under the Norman Bradley Babcock Declaration of Trust, Respondent,

## Donna Nash, Collector of Revenue of Platte County, Missouri, Defendant.

### No. WD 63514.

Missouri Court of Appeals, Western District.

Feb. 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 2005.

Application for Transfer Denied May 31, 2005.

Zel Martin Fischer, Rock Port, for Appellant.

Steven E. Mauer, Kansas City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and JOSEPH M. ELLIS, Judge.

### ORDER

Timber Creek Sewer Company ("Timber Creek") appeals the judgment of the trial court denying Timber Creek's request to condemn property held by Norman Babcock for the purpose of building a sewer line to serve a newly constructed residential subdivision.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed. Rule 84.16(b).